**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEAN H. McVAY, SB# 149742
  E-Mail: mcvay@lbbslaw.com
MANUEL SARMIENTO, SB# 252419
  E-Mail: sarmiento@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Plaintiff, MOOSE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOOSE INTERNATIONAL, INC., | CASE NO. CV 11-10453 SVW (SPx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| LOYAL ORDER OF MOOSE, LODGE NO. 1330, a California Corporation; RONNIE P. HESS, an individual; IRWIN S. PELLMAN, an individual; WILLIAM GENE GLOVER, an individual; JON SECOR an individual; LEE MITCHELL, an individual; and DOES 1 - 10 Inclusive, | Judge: Hon. Stephen V. Wilson |
| | Trial Date:     7/10/2012 |
| | **JS-6** |
| Defendants. | |

The parties having reached a settlement and stipulated to a dismissal without prejudice of the entire action and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed without prejudice in its entirety; and

2. All parties shall bear their own costs and attorneys' fees, including but not limited to such fees as are or may be recoverable under 42 USC Sec. 1988.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: June 14, 2012          _____
                              HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE

4842-1508-0719.1